**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| NORMAN L. SIRAK ) | CASE NO. 5:08CV0169 |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | |
| ) | |
| J.P. MORGAN CHASE & CO., ) | |
| ) | |
| Defendant(s). ) | **J U D G M E N T** |

      The Court has filed its Opinion and Order in the above-captioned matter.

Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

    IT IS SO ORDERED.

                         s/Christopher A. Boyko
                         HONORABLE CHRISTOPHER A. BOYKO
                         UNITED STATES DISTRICT JUDGE

November 5, 2008